# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

## ==Evidentiary== Clerk's Minutes

**Before the Honorable Senior Judge William P. Johnson**

**Case No.:**  CV25-586 WJ/GBW                **Date:**  7/16/2025

**Parties:**  USA v. Board of Education for the Silver Consolidated Schools v. McMahon, et al.

**Courtroom Clerk/Law Clerk:**  R. Garcia/Emily Franke, Taylor Rafaly

**Court Reporter:**  M. Loughran

**Interpreter:** N/A

**Type of Proceeding:**  Hearing on Motion for Temporary Restraining Order and/or Motion for Preliminary Injunction (Doc. 6).

**Place of Court:**  Albuquerque

**Total time in Court:**  1 hour and 19 minutes

**Evidentiary Hearing:**  YES

**Attorneys Present for Plaintiff(s):**       **Attorneys Present for Defendant(s):**
Andrew Sanchez                                        Abhishek Kambli

**Proceedings:**

10:20     Court in session; counsel enter appearances; present at the Government's table are AUSAs Roberto Ortega

          and Robert Posey.

          Mr. Sanchez addresses the Court in support of motion for injunctive relief; would like to admit an Affidavit

          of a former Deputy Secretary of the Department of Education, Office of General Counsel.

          The Court wishes to hear a response from Mr. Kambli first and will come back to any testimony from

          witnesses.

          Mr. Kambli responds in opposition; requests ability to submit supplemental briefing in response to any

          additional evidence that may be submitted through any Plaintiff witnesses presented today; Court is

          inclined to allow Plaintiff to present witness testimony and allow Defendants to submit supplemental

          briefing.

          Mr. Sanchez replies.

11:36    The Court takes a short break and will return to hear testimony.

11:50    Court back in session.

Mr. Sanchez calls Superintendent for Silver Consolidated Schools William Duran Hawkins as a witness:

witness sworn.

Direct examination by Mr. Sanchez.

12:03    Witness excused.

Mr. Sanchez calls Associate Superintendent for Silver Consolidated Schools Cindy Ann Barris as a

witness; witness sworn.

Direct by Mr. Sanchez; witness referred to 21-1 (Grant Award Notification); Mr. Sanchez continues direct;

offers previously mentioned Declarations/Affidavits as Exhibits 24-1, 24-2; w/out objection, the Court

admits Exhibits 24-1 and 24-2.

12:25    Cross examination by Mr. Kambli.

12:27    Court questions witness.

12:30    Redirect by Mr. Sanchez.

12:32    Recross exam by Mr. Kambli.

12:33    Witness excused.

Mr. Sanchez calls Grant Administrator Sofia Joyce Barela as a witness; witness sworn.

Direct by Mr. Sanchez.

No cross exam by Mr. Kambli.

12:41    Mr. Sanchez calls Mental Health Provider Laruni Theodor Witty as a witness; witness sworn.

Direct by Mr. Sanchez.

12:48    Court questions the witness.

12:50    Cross exam by Mr. Kambli.

12:51    Witness excused.

Closing argument by Mr. Kambli.

12:52    Closing argument by Mr. Sanchez.

12:53    Court asks Mr. Kambli if he will be filing supplementing briefing; Mr. Kambli will order an expedited

transcript and advise Mr. Sanchez and the Court Clerk of his intentions.

Court in recess.

## WITNESS/EXHIBIT LIST

|  |  |  |
|---|---|---|
|  |  | CV25-586 WJ/GBW |
| Plaintiff's Attorney:  Andrew Sanchez | Defendant's Attorney:  Abhishek Kambli, Roberto Ortega, and Robert Posey | United States District Court District of New Mexico |
|  |  | Trial/Hearing Date(s): 7/16/25 |
| Presiding Judge:  **William P. Johnson** | Court Reporter: M. Loughran | Courtroom Deputy: R.  Garcia |

| Exh. No. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|
| 24-1 | Mr. Witty | 7/16/25 |  | X | Declaration of Ronald Petracca |
| 24-2 | " | " |  | X | Declaration of Mary Wall |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |