# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BOARD OF EDUCATION FOR THE SILVER
CONSOLIDATED SCHOOLS,

    Plaintiff,

vs.                                            No. 2:25-cv-00586-WJ/GBW

LINDA MCMAHON, in her official capacity
As Secretary of Education,
U.S. DEPARTMENT OF EDUCATION,
DONALD J. TRUMP, in his official capacity
As President of the United States,

    Defendants.

## FINAL ORDER OF DISMISSAL CLOSING CASE

**THIS MATTER** is before the Court under Fed. R. Civ. P. 58(a) and the Court having dismissed all claims in this case without prejudice for lack of jurisdiction **[Doc. 27],**

**IT IS ORDERED** that all claims and causes of action are **DISMISSED without prejudice** for lack of jurisdiction and civil case no. 2:25-cv-00586-WJ-GBWis **CLOSED**.

                                                      /s/
                                      _____
                                      WILLIAM P. JOHNSON
                                      SENIOR UNITED STATES DISTRICT JUDGE